157 A.3d 829

IARIA FAMILY, LLC, PLAINTIFF–RESPONDENT, v. PETER J. MYERS AND MICHELLE A. MYERS, DEFENDANTS–PETITIONERS, v. RALPH LATYSCHOW, CAROL LATYSCHOW, AND DAVIS REALTORS, INC., THIRD–PARTY DEFENDANTS.

December 2, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003970–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.